(87 South. 712)

### Ex parte LOCKLEAR.

### LOCKLEAR v. STATE.

#### (7 Div. 168.)

(Supreme Court of Alabama.   Dec. 16, 1920. Rehearing Denied Jan. 20, 1921.)

Certiorari ⬳62—No brief filed as required by court rule.

No brief was filed with petition for certiorari as required by Supreme Court practice rule 42 (198 Ala. xiv, xv, 77 South. vii), where there was simply an indorsement on the petition, "We hereby respectfully refile our briefs heretofore filed both on the direct appeal to the Court of Appeals and also upon a motion for the rehearing in said court, and we will not inflict upon this court another brief in the premises."

Certiorari to Court of Appeals.

Petition of Fred Locklear for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal of Fred Locklear against the State of Alabama (17 Ala. App. 597, 87 South. 708). Petition dismissed.

While no briefs were filed with the petition, there is indorsed on the petition the following:

"We hereby respectfully refile our briefs heretofore filed both on the direct appeal to the Court of Appeals and also upon a motion for the rehearing in said court, and we will not inflict upon this court another brief in the premises."

E. O. McCord & Son, of Gadsden, for appellant.

J. Q. Smith, Atty. Gen., for the State.

McCLELLAN, J.   The petition for certiorari to the Court of Appeals, by Locklear, appellant in the cause of the state against him, was filed November 24, 1920. The Court of Appeals had overruled his application for rehearing on November 9, 1920. 87 South. 708.[1] No brief was filed with the petition as required by rule 42 of Supreme Court Practice (198 Ala. xiv, xv, 77 South. vii).

Petition dismissed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.